UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Keith Henderson,  Civil No. 04-3837 (DWF/JSM)

   Plaintiff,

v.  **ORDER**

Sue Dosal, Minnesota State Court Administrator;
Mark Thompson, Hennepin County Court
Administrator; and Lynn Lahd, Hennepin
County Jury Manager,

   Defendants.

___

Keith Henderson, *Pro Se*, Plaintiff.

John S. Garry, Assistant Attorney General, Minnesota Attorney General's Office, counsel for Defendants.

___

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated December 5, 2005. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Dismiss (Doc. No. 17) is **GRANTED**.

2. This action is **DISMISSED WITH PREJUDICE**.

Dated: January 6, 2006         s/Donovan W. Frank
                               DONOVAN W. FRANK
                               Judge of United States District Court